IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

2004 BMW M3S, BEARING PR TAG
GEP-523 VEHICLE ID Number
WBSBR93454PK06938.
    Defendant.

Civil No. 14-1793 (DRD)

## VERIFIED CLAIM OF OWNERSHIP

Claimant, **JOHAMID HERNANDEZ-COTTO**, makes claim on behalf of himself to the 2004 BMW M3S seized from him.

In support of such claim, **JOHAMID HERNANDEZ-COTTO** avers he is the owner of the 2004 BMW M3S described above.

_____
JOHAMID HERNANDEZ-COTTO

**JOHAMID HERNANDEZ-COTTO**, of legal age, single, and presently a detained at SCP Williamsburg, Postal Address: SCP Williamsburg, Inmate Mail, P.O. Box 380, Salters, SC 29590, hereby declares, under the penalty of perjury, that:

    I am the claimant in this action and have read the foregoing claim and for that reason I believe and on that ground allege that the matters stated in the foregoing document are true and correct to the best of my knowledge and belief.

Executed under the penalty of perjury pursuant to Title 28 United States Code, Section 1746 on the __21__ day of December, 2014.

_____
JOHAMID HERNANDEZ-COTTO